STEVEN W. MYHRE
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar #6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
(775) 784-5181-facsimile
Greg.Addington@usdoj.gov
Attorneys for defendant HHS Acting Secretary

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>                  Plaintiff,<br>  v.<br><br>BRADLEY PERRY, et al.,<br><br>                  Defendants. | Case No. 3:17-cv-725-MMD-WGC<br><br>ACTING SECRETARY OF HHS's MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO AMENDED COMPLAINT<br>(First Request) |

      Defendant Acting Secretary of U.S. Department of Health and Human Services (HHS), through his undersigned counsel, moves this Court for an Order extending the time within which he is required to file a responsive pleading to and including February 16, 2018. Counsel for plaintiff does not object to the requested extension of time. The basis for this motion is as follows:

      1.     This interpleader action was originally filed in the Second Judicial District for the State of Nevada (Washoe County). Among the several defendants named in the Amended Complaint is the (former) Secretary of U.S. Department of Health and Human Services. Pursuant to Rule 25(d), Fed.R.Civ.P., the current Acting Secretary of HHS is substituted as the proper HHS defendant.

1

2. It is anticipated that HHS will assert a statutory entitlement to and priority interest in the interpleaded funds.

3. On October 18, 2017, the Acting Secretary HHS filed his Notice of Removal (#1) removing this interpleader action from the State Court to the Federal Court pursuant to 28 USC § 1442(a).

4. Rule 81(c), Federal Rules of Civil Procedure, provides the time period to answer a complaint in a removed action. The time period provided is the later of twenty-one (21) days after service of the complaint or seven (7) days after removal, whichever is longer. However, an officer or agency of the United States (such as HHS) would ordinarily be permitted a sixty (60) day response time, calculated from the date of service of process, pursuant to Rule 12(a)(3), Federal Rules of Civil Procedure.

5. At this time, it does not appear that service of process was effected on HHS prior to removal of this action to this Court. HHS Office of General Counsel became aware of the State-court interpleader action in late October 2017.

6. The usual sixty-day response time is needed to adequately evaluate the allegations of the amended complaint, ascertain HHS's interest in the interpleaded funds, and to thereafter prepare a response to the amended complaint.

7. No prior request has been made for the relief requested herein. The undersigned spoke to plaintiff's counsel and was advised he has no objection to the requested extension.

//

//

//

8. It is requested that the time for the Acting Secretary HHS to respond to the amended complaint be extended to sixty days following the date of removal of this action, an extension that would yield a deadline of February 16, 2018, for a response.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

  /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

<u>IT IS SO ORDERED.</u>

Date: December 21, 2017.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE