**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for Plaintiff
*Progressive Northern Insurance Group*

**UNITEDS STATES DISTRICT COURT**
**STATE OF NEVADA**

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE GROUP, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRADLEY PERRY, individually, and on behalf of )<br>ALEXANDER PERRY, a minor; TARA LEVAND; )<br>MARRIAH VELA; RENOWN REGIONAL )<br>MEDICAL CENTER, a Nevada Non-Profit )<br>Corporation; JACQUELINE PERRY; STATE OF )<br>NEVADA DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES; THOMAS E. PRICE, M.D., )<br>as Secretary of the United States Department of )<br>Health and Human Services; THE CALIFORNIA )<br>DEPARTMENT OF HEALTH CARE SERVICES; )<br>ROE ORGANIZATIONS I through XX; and DOES )<br>I through X, inclusive; )<br><br>Defendants. ) | CASE NO.: 3:17-cv-00725-MMD-WGC |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff,

PROGRESSIVE NORTHERN INSURANCE GROUP, by and through their attorney of record,

DAVID M. ZANIEL, ESQ.; Defendant, BRADLEY PERRY, individually, and on behalf of

ALEXANDER PERRY, a minor; and THOMAS E. PRICE, M.D., as Acting Secretary of the

United States Department of Health and Human Services, by and through his attorney of record,

GREG ADDINGTON, ESQ., that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees.

DATED this 6 day of March, 2019.          DATED this 1st day of November, 2019.

_____          _____
David M. Zaniel, Esq.                     Greg Addington, Esq.
Nevada Bar No. 7962                       Nevada Bar No. 6875
50 West Liberty Street, Suite 1050        400 South Virginia Street, Suite 900
Reno, Nevada 89501                        Reno, Nevada 89501
Attorney for Plaintiff                    Attorney for Defendant
*Progressive Northern Insurance Group*    *Acting Secretary, HHS*

DATED this ____ day of _____, 2019.

_____
Bradley Perry
308 West Tenth Street
Carson City, Nevada 89703
*Defendant, and on Behalf of Defendant Alexander Perry*

GREG ADDINGTON, ESQ., that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees.

DATED this 11 day of 4 , 2019.          DATED this ___ day of _____, 2019.

_____          _____
David M. Zaniel, Esq.                     Greg Addington, Esq.
Nevada Bar No. 7962                       Nevada Bar No. 6875
50 West Liberty Street, Suite 1050        400 South Virginia Street, Suite 900
Reno, Nevada 89501                        Reno, Nevada 89501
Attorney for Plaintiff                    Attorney for Defendant
*Progressive Northern Insurance Group*    *Acting Secretary, HHS*

DATED this ___ day of _____, 2019.

_____
Bradley Perry
308 West Tenth Street
Carson City, Nevada 89703
*Defendant, and on Behalf of Defendant Alexander Perry*

IT IS SO ORDERED.

Dated: November 6, 2019

_____
U.S. District Judge

2

## CERTIFICATE OF MAILING

Pursuant to Nevada Rules of Civil Procedure 5(b), I certify that I am an employee of RANALLI, ZANIEL, FOWLER & MORAN, LLC, and that on the ___6___ day of November, 2019, I certify that service of the foregoing *STIPULATION FOR DISMISSAL WITH PREJUDICE* was made to all parties to this action by:

    __X__         placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada;

Bradley Perry
308 West Tenth Street
Carson City, Nevada 89703
*Defendant, and on Behalf of Defendant Alexander Perry*

    __X__         via POSH Courier

Greg Addington, Esq.
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
*Attorney for Defendant, Acting Secretary, HHS*


_____
EMPLOYEE OF *RANALLI, ZANIEL, FOWLER & MORAN, LLC*

3